# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYBRID AUDIO, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ASUSTEK COMPUTER INC., *et al.*, | ) Civil Action No. 1:16-cv-10643-RWZ ) |
| Defendants. | ) JURY TRIAL DEMANDED ) |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff Hybrid Audio, LLC ("Hybrid Audio") and Defendant ASUS Computer International ("ACI")[1] (collectively, the "Parties") by and through their respective counsel, have conferred and agree as follows:

WHEREAS on April 1, 2016, Hybrid Audio filed a complaint against ACI and its parent ASUStek Computer Inc. for patent infringement of U.S. Patent No. RE40,281 (the "'281 patent");

WHEREAS the Parties have been engaged and continue to engage in discussions regarding potential resolution of these issues;

WHEREAS the Parties have reached agreement regarding a potential framework for resolving the matter;

WHEREAS the Parties wish to stay all proceedings in this matter until such time as the parties can reach a final agreement resolving the matter;

---

[1] ACI was served on June 29, 2016. By agreement of the parties, ACI's parent company, ASUSTek Computer Inc., has not yet been served.

WHEREAS the Parties agree, subject to Court approval and in order to avoid the potentially unnecessary expenditure of additional resources by this Court and the Parties, to stay all proceedings in this matter until such time as resolution is concluded and a written agreement is signed by the parties, and that a stay of the proceedings will not prejudice the action.

WHEREFORE in light of the foregoing agreements between Hybrid Audio and ACI, as outlined above, Hybrid Audio respectfully moves this Court to order that this action be stayed until further notice.

> Respectfully submitted,
>
> ARROWOOD PETERS LLP
>
> By: *Raymond P. Ausrotas*
> Raymond P. Ausrotas (BBO #640315)
> 10 Post Office Square
> 7th Floor South
> Boston, MA 02109
> Phone: (617) 849-6200
> Facsimile: (617) 849-6201
> rausrotas@arrowoodpeters.com
>
> Timothy Devlin (pro hac vice to be filed)
> Delaware Bar No. 4241
> Robert Kiddie (pro hac vice to be filed)
> DEVLIN LAW FIRM LLC
> 1306 N. Broom Street, 1st Floor
> Wilmington, DE 19806
> Phone: (302) 449-9010
> tdevlin@devlinlawfirm.com
> *Pro Hac Vice Pending*
>
> *Attorneys for Plaintiff Hybrid Audio LLC*

**IT IS SO ORDERED.**

Dated:  October  13, 2016

Honorable Rya W. Zobel, U.S.D.J.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for Plaintiff certifies that on October 10, 2016, he conferred with counsel for Defendant, Li Chen, of the law firm of Chen Malin LLP in Dallas, Texas, and that the Defendants are in agreement with the substance of the foregoing pleading.

/s/ Timothy Devlin
Timothy Devlin

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2016, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and paper copies will be sent to those indicated as non-registered participants.

/s/ Raymond P. Ausrotas
Raymond P. Ausrotas