**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HYBRID AUDIO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:16-cv-10643-RWZ |
| ASUSTEK COMPUTER INC., *et al.,* | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |
| | ) |

### PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff Hybrid Audio, LLC ("Hybrid Audio") by and through undersigned counsel, respectfully moves this Court to lift the stay in this matter and would show unto the Court as follows:

1.      This matter was stayed on October 17, 2016 (Dkt. 12) on the understanding that the parties were making progress regarding a negotiated settlement and expected to conclude negotiations by reaching a full and final settlement of all claims asserted.

2.      Contrary to these expectations, the parties' settlement negotiations reached an impasse and the parties were unable to fully and finally resolve the claims asserted by Hybrid Audio.

WHEREFORE in light of the above, Plaintiff Hybrid Audio respectfully moves this Court to lift the stay so that it may pursue resolution of its claims against Defendants ASUSTek Computer, Inc. and ASUS Computer International.

Respectfully submitted,

DATED:  May 1, 2017                ARROWOOD PETERS LLP

                                  By: *Raymond P. Ausrotas*
                                  Raymond P. Ausrotas (BBO #640315)
                                  10 Post Office Square
                                  7th Floor South
                                  Boston, MA 02109
                                  Phone: (617) 849-6200
                                  Facsimile: (617) 849-6201
                                  rausrotas@arrowoodpeters.com

                                  Timothy Devlin (*pro hac vice* pending)
                                  Delaware Bar No. 4241
                                  DEVLIN LAW FIRM LLC
                                  1306 N. Broom Street, 1st Floor
                                  Wilmington, DE 19806
                                  Phone: (302) 449-9010
                                  tdevlin@devlinlawfirm.com

                                  *Attorneys for Plaintiff Hybrid Audio LLC*


SO ORDERED this _____ day of _____, 2017.


                                  _____
                                  U.S. District Court Judge

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for Plaintiff certifies that on April 27, 2017, he conferred with counsel for Defendants, Li Chen, of the law firm of Chen Malin LLP in Dallas, Texas, and that the Defendants oppose the relief requested in the foregoing pleading.

/s/ Timothy Devlin
Timothy Devlin

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2017, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and copies will be sent via e-mail to the following non-registered participants.

Li Chen
Chen Malin LLP
1700 Pacific Ave., Suite 2400
Dallas, TX 75201
Lchen@chenmalin.com
*Attorneys for Defendants ASUSTek Computer Inc.*
*and ASUS Computer International*

/s/ Raymond P. Ausrotas
Raymond P. Ausrotas